OPINION — AG — **** STATE BOARD OF MEDICAL EXAMINERS — EXPENSES — EMPLOYEES **** THE STATE BOARD OF MEDICAL EXAMINERS IS NOT LIMITED IN THE EXPENSES IT MAY PAY AN EMPLOYEE BY THE PROVISIONS OF 74 O.S. 1961 500.1 [74-500.1] THROUGH 74 O.S. 1961 500.11 [74-500.11], AS AMENDED. IT MAY PAY THE TRAVEL AND OTHER NECESSARY EXPENSES OF BOARD EMPLOYEES WHEN SUCH EMPLOYEES ARE CARRYING OUT DUTIES ASSIGNED UNDER THE PROVISIONS OF O.S.L. 1970, CH. 145 (59 O.S. 1970 Supp., 512 [59-512]) (GARY F. GLASGOW)